**3**

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
My Tra Hoang Tran

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 24-22754-A-13C |
| Tran, My Tra H. <br> SS#XXX-XX-6668 | DOCKET CONTROL #:PGM-1 <br> DATE: October 8, 2024 <br> TIME: 9:00 a.m. <br> DEPT#: A - Courtroom 28 |
| Debtor / | Honorable Judge Clement |

**MOTION TO CONFIRM DEBTOR'S FIRST AMENDED PLAN**
**FILED ON SEPTEMBER 3, 2024**

    Debtor moves the Court for an Order Confirming the First Amended Plan, which was filed on or about September 3, 2024.

    This Motion is based on the following:

    1.  That on June 25, 2024, Debtor filed a Chapter 13 to reorganize their debts.

    2.  The Debtor has paid a total of $6,000.00 to the Chapter 13 Trustee through August 2024.

    3.  The Debtor proposes to remit plan payments of $8,560.00 starting September 25, 2024 for 3 months and a lump sum of

$250,000.00 for sale of real property to complete the Plan within the maximum term allowed by law.

4. The Plan term is 36 months, with no less than 100% to general unsecured creditors.

5. After review and analysis the Debtor's assets are fully exempt as evidenced by the true and correct Liquidation Analysis marked as Exhibit A. This print-out shows, the total assets, the total value of the assets and the amount exempt.

6. The Motion and proposed plan complies with 11 U.S.C. § 1325(a), 1329(a), § 1322(b), § 1323(c) and all other applicable provisions of the code.

7. That the plan has been proposed in good faith and not by any means forbidden by law, as evidenced in the Declaration of Debtor.

8. That all installment fees, charges, or amounts required by the Court, have been paid by the Debtor.

9. The plan as proposed provides for the following creditors;

    a) Class 1 claim(s); On going mortgage and post petition Rushmore Ocwen Loan Servicing

    b) Class 2 claim(s); Irs and State Farm

    c) Class 3 claim(s); None

    d) Class 4 claim(s); PHH Mortgage

    e) Class 5 claim(s); FTB and IRS

    f) Class 6 claim(s); None

    g) General Unsecured claims total $17,802.00 at 100%

repayment.

For other Relief the court deems just and proper.

Date: September 3, 2024                **/s/ Peter G. Macaluso**
                                  Peter G. Macaluso, Attorney at Law